UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS J. MACHADO, | ) | Case No. 2:22-cv-06277-SPG-JC |
| Petitioner, | ) ) | |
| v. | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| B. BIRKHOLZ, | ) ) ) | |
| Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition"), all documents filed in connection with Respondent's Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records herein, including the February 24, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the Petition and this action are dismissed without prejudice on each of the following independent and sufficient grounds: (1) the Petition is unexhausted; (2) Petitioner has failed to prosecute this action; and (3) Petitioner has failed to comply with a court order.

1       IT IS FURTHER ORDERED that Judgment shall be entered accordingly
2 and that the Clerk serve copies of this Order and the Judgment herein on Petitioner
3 and on counsel for Respondent.
4       IT IS SO ORDERED.

6 DATED: April 20, 2023

                                              HON. SHERILYN PEACE GARNETT
                                              UNITED STATES DISTRICT JUDGE