JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. MACHADO, | Case No. 2:22-cv-06277-SPG-JC |
| Petitioner, | JUDGMENT |
| v. | |
| B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: April 20, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE